# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

151523(77)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

EDIE TAYLOR,
    Plaintiff-Appellant,

v

    SC: 151523
    COA: 317766
    Saginaw CC: 11-014069-NH

KAREN MCCARTHY, CRNA, ANESTHESIA
STAFFING CONSULTANTS, INC.,
MACKINAW SURGERY CENTER, L.L.C.,
and NUETERRA HEALTHCARE
MANAGEMENT, L.L.C.,
    Defendants-Appellees,

and

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT HEALTHCARE-MACKINAW,
    Defendant.
_____/

On order of the Court, the motion for reconsideration of this Court's November 24, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

p0229